UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HEIDI C. BURKE, ET AL** | CIVIL |
| **VERSUS** | ACTION NO: |
| **GEOVERA SPECIALTY INSURANCE CO., ET AL** | 23-2352 |
| | SECTION: A(4) |

## JUDGMENT

Pursuant to the Order and Reasons entered herein,[1]

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of the defendants, GeoVera Specialty Insurance Co. and GeoVera Advantage Insurance Services, Inc., and against the plaintiffs, Heidi Burke and Jonathan Burke, dismissing the plaintiffs' complaint with prejudice.

New Orleans, Louisiana, this 27th day of October 2023.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

---

[1] Rec Doc 26